586                    CASES IN THE SUPREME COURT

Wilson vs. The State.    Wilson vs. Brownlee, Homer & Co.      [JUNE

## WILSON VS. THE STATE.

The case of Matthews vs. State, *ante*, approved.

*Appeal from Ouachita Circuit Court.*

Hon. JOHN T. BEARDEN, Circuit Judge.

GALLAGHER & NEWTON, for appellant.

JORDAN, Attorney General, relied upon the cases of *Brittin vs. State*, 5 *Eng.*, 301, and *Matthews vs. State*, decided at December term, 1866.

Mr. Justice COMPTON: The only question presented in this case, is precisely the same as that determined in *Matthews vs. State*, at the last term. The decision in that case is the law of this. Let the judgment be affirmed.

---

## WILSON VS. BROWNLEE, HOMER & CO.

The death of an individual, though disconnected with any question of pedigree, may be proved by hearsay, subject to the same restriction as where matters of pedigree are involved.

Although declarations of members or relatives of the family, are good evidence to establish marriage, death, birth, heirship and the like; and may be proved by others, as well as by surviving members of the family, as held in *Kelly vs. McGuire*, 15 *Ark.*, 605, yet the statement of a witness that he had received information verbally and by letter, as to the death of a party, when it does not appear that the witness was related to the party in question, or how he obtained his information, is not competent evidence of that fact.